REBOLD et al. v. HOME OWNERS' LOAN CORP.

No. 29356. March 31, 1942.

*124 P. 2d 259.*

A. L. Emery, of Okmulgee, for plaintiffs in error.

O. K. Wetzel, of Dallas, Tex., Hardin Ballard, of Purcell, and John Caruthers, of Okmulgee, for defendant in error.

PER CURIAM. This case was by agreement consolidated with and decided in cause No. 29227, McConnell v. Home Owners' Loan Corp., 190 Okla. 190, 121 P. 2d 1001. What we therein said renders any further statement herein unnecessary.

Judgment affirmed.

WELCH, C. J., CORN, V. C. J., and OSBORN, BAYLESS, GIBSON, HURST, and ARNOLD, JJ., concur. RILEY and DAVISON, JJ., absent.